IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Grupo Mundial Balboa Internacional, S.A., | : | |
| | : | Civil Action 2:12-cv-00900 |
| Plaintiff | : | |
| | : | Judge Watson |
| v. | : | |
| | : | Magistrate Judge Abel |
| Delaware County Bank & Trust Company, | : | |
| Defendant | | |

## ORDER

This matter is before the Magistrate Judge on plaintiff's October 22, 2012 notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a). If defendant has any opposition to plaintiff's motion, it must file its opposition within seven (7) days of the date of this Order.

s/Mark R. Abel
United States Magistrate Judge